**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA :

       **v.** : **Criminal No. 20-cr-088 (JMC)**

RONNARD WILLIAMS :

       Defendant. :

## SPECIAL VERDICT FORM

### Count One

I.    How do you find Defendant Ronnard Williams on the charge of Possession of a Firearm and Ammunition by a Person Previously Convicted of a Crime for which the maximum penalty was Imprisonment for a Term Greater than One Year with respect to the Glock 22, .40 caliber semi-automatic pistol and .40 caliber ammunition?

___✓___ Guilty       _____ Not Guilty

II.    How do you find Defendant Ronnard Williams on the charge of Possession of a Firearm and Ammunition by a Person Previously Convicted of a Crime for which the maximum penalty was Imprisonment for a Term Greater than One Year with respect to the Glock 21, .45 caliber semi-automatic pistol, and .45 caliber ammunition?

_____ Guilty       ___✓___ Not Guilty

**We, the jury, have made the above-noted findings:**

___12/05/22___     ___1:57 pm___
Date        Time